# UNITED STATES DISTRICT COURT
for the
Western District of Missouri

FILED
NOV 28 2014
United States Magistrate

| United States of America | ) |
|---|---|
| v. | ) |
| Donette C. Davis | ) Case No. 14-mj-2091DPR |
| (DOB: 12-09-1973) | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __10/15/2014 to 11/27/2014__ in the county of __Greene__ in the __Western__ District of __Missouri__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. 846, 841(a)(1) and (b)(1)(A) | Conspiracy to Distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine (see Attachment A) |

This criminal complaint is based on these facts:

See Attached Affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel P. Banasik, DEA Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 11/28/14

_____
*Judge's signature*

City and state: __Springfield, Missouri__

David P. Rush, United States Magistrate Judge
*Printed name and title*