IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | No.   14-03106-11-CR-S-MDH |
| DONETTE C. DAVIS, | ) ) ) | |
| Defendant. | ) ) | |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One contained in the Second Superseding Indictment filed on July 22, 2015, and Defendant's admittance of the Forfeiture Allegation Six contained in the Second Superseding Indictment, are now Accepted. The Defendant is Adjudged Guilty of such offense.  Sentencing will be set by subsequent Order of the Court.

                                                                        *s/Douglas Harpool*
                                                                 **DOUGLAS HARPOOL**
                                                         **UNITED STATES DISTRICT JUDGE**

Date:   December 20, 2016